**Order entered August 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01126-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### ERHARD HERMUS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14449**

## ORDER

Before the Court is appellant's August 7, 2019 motion for an extension of time to file her amended brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court by appellant on August 7, 2019 filed as of the date of this order.

Appellee's brief is due within thirty days of the date of this order.

/s/　　ROBERT D. BURNS, III
　　　CHIEF JUSTICE